■ MARISA A. RONZONI, Appellant, v LILLIAN BARONE et al., Respondents. [665 NYS2d 316] —Appeal by the plaintiff, as limited by her brief, from stated portions of an order of the Supreme Court, Nassau County (Segal, J.), dated November 14, 1996.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Segal at the Supreme Court. Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.